# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHAUN T DUFFY | § | Case No. 11-09026 |
| KATHLEEN L DUFFY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/04/2011 . The case was converted to one under Chapter 7 on 11/05/2012 . The undersigned trustee was appointed on 11/05/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 54,583.20

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 14,500.00 |
| Administrative expenses | 18,423.78 |
| Bank service fees | 394.69 |
| Other payments to creditors | 1,527.15 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 4,737.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/13/2013 and the deadline for filing governmental claims was 05/13/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,708.32 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,200.00 , for a total compensation of $ 1,200.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 141.99 , for total expenses of $ 141.99 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2017     By: /s/Peter N. Metrou, Trustee
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-09026 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SHAUN T DUFFY | | | | Date Filed (f) or Converted (c): | 11/05/2012 (c) |
| | KATHLEEN L DUFFY | | | | 341(a) Meeting Date: | 12/18/2012 |
| For Period Ending: | 02/06/2017 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with American Chartered Bank | 25.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with American Chartered Bank | 1.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 5. Retirement Plan - 100% exempt | 14,101.79 | 0.00 | | 0.00 | FA |
| 6. 2010 Anticipated IRS Tax Refund (2009 Tax Refund: | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2007 Scion tc: 50,000 miles Value Per NADA | 6,286.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury Claim            (u) | 4,000.00 | 0.00 | | 54,583.20 | FA |
| 9. 2009 Honda Pilot with 22,000 miles        (u) | 16,024.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $43,537.79    $0.00    $54,583.20    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury attorney employed 2-15-2013; PI case pending, partial settlement finalized as to some of the defendants per court approval 1-30-2015; remainder of personal injury case continues to determine viability against remaining defendants. 9-21-2016 remainder of the case is not viable and was dismissed; 11-10-2016 working on getting claims resolved.

| RE PROP # | 6 | -- | Schedule B amended to include: In tax year 2011, the Debtors received a tax refund of $7,394.00. The Debtors spent it on daily needs. Docket no.36. |
| RE PROP # | 8 | -- | Partial Settlement proceeds from PI case per court order docket #65 and 71. |
| RE PROP # | 9 | -- | Auto aquired after the Chapter 13 filing and paid down with post filing funds/income. |

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 01/23/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-09026 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | SHAUN T DUFFY | Bank Name: | Associated Bank |
| | KATHLEEN L DUFFY | Account Number/CD#: | XXXXXX5306 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0464 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/15 | | STATE FARM MUTUAL AUTOMOBILE INS. C<br>Great LakesChicago West | Settlement - Uninsured coverage | | $28,056.05 | | $28,056.05 |
| | | | Gross Receipts        $29,583.20 | | | | |
| | | FRANKFORT SPINE<br>Frankfort Spine | PI Lien Payment        ($1,527.15) | 4210-000 | | | |
| | 8 | | Personal Injury Claim        $29,583.20 | 1242-000 | | | |
| 04/10/15 | 8 | DIRECT NATIONAL INSURANCE COMPANY<br>Claims Account1281 Murfreesboro RdNashville, TN 37217 | Settlement | 1242-000 | $25,000.00 | | $53,056.05 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $53.42 | $53,002.63 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $78.79 | $52,923.84 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $76.14 | $52,847.70 |
| 07/16/15 | 5001 | RATHBUN<br>3260 Executive DriveJoliet, IL 60431 | per 1/30/15 o/c Special counsel fees and costs | | | $8,560.05 | $44,287.65 |
| | | Rathbun, Cservenyak & Kozol, LLC | per 1/30/15 o/c        ($8,333.33) | 3210-000 | | | |
| | | Rathbun, Cservenyak & Kozol, LLC | per 1/30/15 o/c        ($226.72) | 3220-000 | | | |
| 07/16/15 | 5002 | DUFFY, SHAUN T AND KATHLEEN L.<br>640 BUTTERNUT TRAILFRANKFORT, IL  60423 | PI Exemption | 8100-002 | | $15,000.00 | $29,287.65 |
| 07/16/15 | 5003 | RATHBUN<br>3260 Executive DriveJoliet, IL 60431 | Per 7-10-15 o/c Special Counsel fees | 3210-000 | | $9,861.07 | $19,426.58 |
| 07/16/15 | 5004 | HINSDALE ORTHOPAEDIC ASSOCIATES<br>P.O. Box 914LaGrange, IL 60525 | Per 7-10-15 o/c  - Acct 310072 Lienholder - | 4220-000 | | $13,000.00 | $6,426.58 |
| 07/16/15 | 5005 | BLUECROSS/BLUESHIELD OF ILLINOIS<br>Health Care Service Corporation25552 Network PlaceChicago, IL 60673-1255 | per 7-10-15 o/c  ID # 844108178 Lienholder | 4220-000 | | $1,500.00 | $4,926.58 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | Page Subtotals: | $53,056.05 | $48,129.47 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-09026 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: SHAUN T DUFFY | Bank Name: Associated Bank |
| KATHLEEN L DUFFY | Account Number/CD#: XXXXXX5306 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0464 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $56.34 | $4,870.24 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,860.24 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,850.24 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,840.24 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,830.24 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,820.24 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,810.24 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,800.24 |
| 03/17/16 | 5006 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $2.66 | $4,797.58 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,787.58 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,777.58 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,767.58 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,757.58 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,747.58 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,737.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | | | $0.00 | $189.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $53,056.05 | $48,318.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $53,056.05 | $48,318.47 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $53,056.05 | $33,318.47 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5306 - Checking Account (Non-Interest Earn | $53,056.05 | $33,318.47 | $4,737.58 |
|  | $53,056.05 | $33,318.47 | $4,737.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,527.15 |
|---|---|
| Total Net Deposits: | $53,056.05 |
| Total Gross Receipts: | $54,583.20 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-09026-BWB  
Debtor Name: SHAUN T DUFFY  
Claims Bar Date: 5/13/2013  
Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 50 4210 | TOYOTA MOTOR CREDIT CORPORATION (TM PO BOX 8026 Cedar Rapids, Iowa 52408-8026 | Secured Payment Status: Withdrawn | per Toyota - pd in full - will withdraw | $0.00 | $12,912.36 | $6,165.67 |
| 8 50 4210 | AMERICAN HONDA FINANCE CORPORATION National Bankruptcy Center P.O. Box 168088 Irving, TX 75016-8088 | Secured Payment Status: Withdrawn | (8-1) Lease Contract per HOnda - will withdraw | $0.00 | $4,176.33 | $4,176.33 |
| 16 50 4210 | PRESTIGE FINANCIAL SERVICES P.O. BOX 26707 SALT LAKE CITY, UT 84126 | Secured Payment Status: Withdrawn | (16-1) 2009 HONDA PILOT Per Prestige - reaff signed - withdrawn 6-25-15 | $0.00 | $15,846.52 | $15,846.52 |
| 1527 50 4210 | FRANKFORT SPINE Frankfort Spine | Secured Payment Status: Valid To Pay | Paid by State Farm per docket #71 | $0.00 | $1,527.15 | $1,527.15 |
| 1 70 7100 | MIDLAND CREDIT MANAGEMENT, INC. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured Payment Status: Valid To Pay | | $1,838.00 | $2,219.00 | $2,115.93 |
| 2 70 7100 | SECURITY CREDIT SERVICES, LLC PO Box 1156 Oxford, MS 38655 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,119.70 | $3,928.35 |
| 3 70 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR WFNNB as assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured Payment Status: Valid To Pay | | $605.00 | $731.26 | $697.29 |
| 5 70 7100 | CHASE BANK USA, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured Payment Status: Valid To Pay | | $812.00 | $946.02 | $902.08 |

Page 1                          Printed: February 6, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-09026-BWB  
Debtor Name: SHAUN T DUFFY  
Claims Bar Date: 5/13/2013  
Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 70 7100 | BACK BOWL I, L.L.C. c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121 | Unsecured Payment Status: Valid To Pay | | $4,419.13 | $4,419.13 | $4,213.88 |
| 7 70 7100 | SALLIE MAE INC. ON BEHALF OF USA FU Attn: Bankruptcy Litigation Unit E3149 P.O. Box 9430 Wilkes-Barre, PA 18773-9430 | Unsecured Payment Status: Valid To Pay | | $64,632.00 | $73,930.73 | $70,496.92 |
| 9 70 7100 | BACK BOWL I LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured Payment Status: Valid To Pay | | $157.00 | $235.30 | $235.30 |
| 11 70 7100 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured Payment Status: Valid To Pay | | $3,706.00 | $5,728.88 | $5,462.80 |
| 12 70 7100 | CAVALRY PORTFOLIO SERVICES, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Unsecured Payment Status: Valid To Pay | (12-1) Cavalry Portfolio Services LLC as assignee of GE Money Bank | $523.00 | $854.60 | $814.91 |
| 13 70 7100 | LVNV FUNDING LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured Payment Status: Valid To Pay | | $995.00 | $1,350.30 | $1,287.58 |
| 14 70 7100 | FIA CARD SERVICES AKA BANK OF AMERI c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured Payment Status: Valid To Pay | (14-1) CREDIT CARD DEBT | $22,126.30 | $22,126.30 | $21,098.69 |
| 15 70 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC PO Box 41067 Norfolk, VA 23541 | Unsecured Payment Status: Valid To Pay | (15-1) ABT TV/GEMB | $743.65 | $743.65 | $709.11 |
| 17 70 7100 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured Payment Status: Withdrawn | (17-1) Unsecured Debt Duplicate claim - withdrawn | $0.00 | $731.26 | $731.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-09026-BWB  
Debtor Name: SHAUN T DUFFY  
Claims Bar Date: 5/13/2013  

Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 70 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured Payment Status: Valid To Pay | | $0.00 | $2,046.43 | $2,046.43 |
| 99 8100 | Shaun Duffy and Kathleen Duffy | Administrative Payment Status: Valid To Pay | Paid per c/o Dkt. 64. | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,200.00 | $1,200.00 |
| 100 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $141.99 | $141.99 |
| 100 3210 | Rathbun, Cservenyak & Kozol, LLC Rathbun, Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, IL 60431 | Administrative Payment Status: Valid To Pay | Paid per c/o Dkt. 71 | $0.00 | $9,861.07 | $9,861.07 |
| 100 3210 | Rathbun, Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, IL 60431 | Administrative Payment Status: Valid To Pay | Paid per c/o Dkt. 64 | $0.00 | $8,333.33 | $8,333.33 |
| 100 3220 | Rathbun, Cservenyak & Kozol, LLC 3260 Executive Drive Joliet, IL 60431 | Administrative Payment Status: Valid To Pay | Paid per c/o Dkt. 64 | $0.00 | $226.72 | $226.72 |
| 10 300 7100 | ASSET ACCEPTANCE LLC / ASSIGNEE / T Target National Po Box 2036 Warren, MI 48090 | Unsecured Payment Status: Withdrawn | (10-1) <b>Docketed on Wrong Case, Filer Notified to Refile</b> (Modified on 4/13/2011DP) | $0.00 | $0.00 | $0.00 |
| 19 350 7200 | TOYOTA MOTOR CREDIT CORPORATION (TM PO BOX 8026 Cedar Rapids, Iowa 52408-8026 | Unsecured Payment Status: Valid To Pay | (19-1) vehicle info matches Debtor atty to file amended petition (06/03/2013)cm per Toyota - will withdraw | $0.00 | $5,626.45 | $5,626.45 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-09026-BWB  
Debtor Name: SHAUN T DUFFY  
Claims Bar Date: 5/13/2013  

Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4220 | Hinsdale Orthopaedic Associates<br>P.O. Box 914<br>LaGrange, IL 60525 | Secured<br>Payment Status:<br>Valid To Pay | Paid per Dkt. 71 | $0.00 | $13,000.00 | $13,000.00 |
| 400 4220 | BlueCross/BlueShield<br>BlueCross/Blue/Shield of Illinois | Secured<br>Payment Status:<br>Valid To Pay | Paid per Dkt. 71 | $0.00 | $1,500.00 | $1,500.00 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $2.66 | $2.66 |
| | Case Totals | | | $100,557.08 | $209,537.14 | $197,348.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-09026
Case Name: SHAUN T DUFFY
           KATHLEEN L DUFFY
Trustee Name: Peter N. Metrou, Trustee

Balance on hand  $ 4,737.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Hinsdale Orthopaedic Associates | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 0.00 |
| | BlueCross/BlueShield | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| 1527 | FRANKFORT SPINE | $ 1,527.15 | $ 1,527.15 | $ 1,527.15 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 4,737.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Trustee Expenses: Peter N. Metrou | $ 141.99 | $ 0.00 | $ 141.99 |
| Attorney for Trustee Fees: Rathbun, Cservenyak & Kozol, LLC | $ 9,861.07 | $ 9,861.07 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 2.66 | $ 2.66 | $ 0.00 |
| Other: Rathbun, Cservenyak & Kozol, LLC | $ 8,333.33 | $ 8,333.33 | $ 0.00 |
| Other: Rathbun, Cservenyak & Kozol, LLC | $ 226.72 | $ 226.72 | $ 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,341.99 |
| Remaining Balance | $ | 3,395.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,009.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT, INC. | $ 2,115.93 | $ 0.00 | $ 63.02 |
| 2 | SECURITY CREDIT SERVICES, LLC | $ 3,928.35 | $ 0.00 | $ 117.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 697.29 | $ 0.00 | $ 20.77 |
| 5 | CHASE BANK USA, N.A. | $ 902.08 | $ 0.00 | $ 26.87 |
| 6 | BACK BOWL I, L.L.C. | $ 4,213.88 | $ 0.00 | $ 125.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | SALLIE MAE INC. ON BEHALF OF USA FU | $ 70,496.92 | $ 0.00 | $ 2,099.64 |
| 9 | BACK BOWL I LLC | $ 235.30 | $ 0.00 | $ 7.01 |
| 11 | CANDICA L.L.C. | $ 5,462.80 | $ 0.00 | $ 162.70 |
| 12 | CAVALRY PORTFOLIO SERVICES, LLC | $ 814.91 | $ 0.00 | $ 24.27 |
| 13 | LVNV FUNDING LLC | $ 1,287.58 | $ 0.00 | $ 38.35 |
| 14 | FIA CARD SERVICES AKA BANK OF AMERI | $ 21,098.69 | $ 0.00 | $ 628.39 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 709.11 | $ 0.00 | $ 21.12 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,046.43 | $ 0.00 | $ 60.95 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,395.59 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,626.45 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | TOYOTA MOTOR CREDIT CORPORATION (TM | $ 5,626.45 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE