# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHAUN T DUFFY | § | Case No. 11-09026 |
| KATHLEEN L DUFFY | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on March 17, 2017 in
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/09/2017          By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SHAUN T DUFFY § Case No. 11-09026
KATHLEEN L DUFFY §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 54,583.20 |
| and approved disbursements of | $ | 49,845.62 |
| leaving a balance on hand of[1] | $ | 4,737.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Hinsdale Orthopaedic Associates | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ 0.00 |
| | BlueCross/BlueShield | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| 1527 | FRANKFORT SPINE | $ 1,527.15 | $ 1,527.15 | $ 1,527.15 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 4,737.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Trustee Expenses: Peter N. Metrou | $ 141.99 | $ 0.00 | $ 141.99 |
| Attorney for Trustee Fees: Rathbun, Cservenyak & Kozol, LLC | $ 9,861.07 | $ 9,861.07 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 2.66 | $ 2.66 | $ 0.00 |
| Other: Rathbun, Cservenyak & Kozol, LLC | $ 8,333.33 | $ 8,333.33 | $ 0.00 |
| Other: Rathbun, Cservenyak & Kozol, LLC | $ 226.72 | $ 226.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,341.99

Remaining Balance $ 3,395.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,009.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT, INC. | $ 2,115.93 | $ 0.00 | $ 63.02 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SECURITY CREDIT SERVICES, LLC | $ 3,928.35 | $ 0.00 | $ 117.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 697.29 | $ 0.00 | $ 20.77 |
| 5 | CHASE BANK USA, N.A. | $ 902.08 | $ 0.00 | $ 26.87 |
| 6 | BACK BOWL I, L.L.C. | $ 4,213.88 | $ 0.00 | $ 125.50 |
| 7 | SALLIE MAE INC. ON BEHALF OF USA FU | $ 70,496.92 | $ 0.00 | $ 2,099.64 |
| 9 | BACK BOWL I LLC | $ 235.30 | $ 0.00 | $ 7.01 |
| 11 | CANDICA L.L.C. | $ 5,462.80 | $ 0.00 | $ 162.70 |
| 12 | CAVALRY PORTFOLIO SERVICES, LLC | $ 814.91 | $ 0.00 | $ 24.27 |
| 13 | LVNV FUNDING LLC | $ 1,287.58 | $ 0.00 | $ 38.35 |
| 14 | FIA CARD SERVICES AKA BANK OF AMERI | $ 21,098.69 | $ 0.00 | $ 628.39 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 709.11 | $ 0.00 | $ 21.12 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,046.43 | $ 0.00 | $ 60.95 |

Total to be paid to timely general unsecured creditors    $   3,395.59

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,626.45 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | TOYOTA MOTOR CREDIT CORPORATION (TM | $ 5,626.45 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-09026-PSH
Shaun T Duffy                                                   Chapter 7
Kathleen L Duffy
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2                  Date Rcvd: Feb 09, 2017
                              Form ID: pdf006             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
```
db/jdb        Shaun T Duffy,    Kathleen L Duffy,   1640 Butternut Trail,    Frankfort, IL 60423
17111181     +Asset Acceptance LLC / Assignee / Target National,    Po Box 2036,    Warren MI 48090-2036
17026677     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
17430205      FIA Card Services aka Bank of America,    c o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
24628676     +Midland Credit Management, Inc.,    2365 Northside Drive,    Suite 300,
              San Diego, CA 92108-2709
16932004     +Security Credit Services, LLC,    PO Box 1156,   Oxford MS 38655-1156
16931879     +Target National Bank,    Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,
              San Diego, CA 92123-2255
17002526      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17104882      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 10 2017 01:03:59
              AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
              IRVING, TX 75016-8088
20103971      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2017 01:20:39
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
16973253      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2017 01:21:04
              American InfoSource LP as agent for WFNNB,    as assignee of,   Victoria's Secret,
              PO Box 248872,   Oklahoma City, OK 73124-8872
17109290     +E-mail/Text: bncmail@w-legal.com Feb 10 2017 01:03:59     BACK BOWL I LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17242166     +E-mail/Text: bncmail@w-legal.com Feb 10 2017 01:03:59     Back Bowl I, L.L.C.,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17194327     +E-mail/Text: bncmail@w-legal.com Feb 10 2017 01:03:59     CANDICA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17334564     +E-mail/Text: bankruptcy@cavps.com Feb 10 2017 01:04:11     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
17357707      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 10 2017 01:20:05     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
17155678     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 10 2017 01:03:22     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18154293      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2017 01:21:03
              Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
20026027     +E-mail/Text: bankruptcy@gopfs.com Feb 10 2017 01:05:17     PRESTIGE FINANCIAL SERVICES,
              P.O. BOX 26707,   SALT LAKE CITY, UT 84126-0707
20082145      E-mail/Text: bnc-quantum@quantum3group.com Feb 10 2017 01:02:59
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
17083054      E-mail/PDF: pa_dc_litigation@navient.com Feb 10 2017 01:20:33
              Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: mflowers              Page 2 of 2              Date Rcvd: Feb 09, 2017
                               Form ID: pdf006             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:

```
          Andrew K. Weiss    on behalf of Debtor 1 Shaun T Duffy notices@uprightlaw.com,
           aweiss@uprightlaw.com;aweiss@ecf.inforuptcy.com
          Andrew K. Weiss    on behalf of Debtor 2 Kathleen L Duffy notices@uprightlaw.com,
           aweiss@uprightlaw.com;aweiss@ecf.inforuptcy.com
          Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Michelle K Hinds    on behalf of Debtor 2 Kathleen L Duffy
           michelle.hinds@clientfirstbankruptcy.com,  courtemail@clientfirstbankruptcy.com
          Michelle K Hinds    on behalf of Debtor 1 Shaun T Duffy michelle.hinds@clientfirstbankruptcy.com,
           courtemail@clientfirstbankruptcy.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Richard S Ralston    on behalf of Creditor   Back Bowl I, L.L.C. richardr@w-legal.com,
           chapter-13@w-legal.com
                                                                                              TOTAL: 9
```