UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
                                      §
SHAUN T DUFFY                         §    Case No. 11-09026
KATHLEEN L DUFFY                      §
                                      §
                                      §
         Debtors                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,886.00<br>*(Without deducting any secured claims)* | Assets Exempt: 40,651.79 |
| Total Distributions to Claimants: 19,422.74 | Claims Discharged<br>Without Payment: 144,253.13 |
| Total Expenses of Administration: 20,160.46 | |

    3) Total gross receipts of $ 54,583.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 39,583.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 18,678.00 | $ 48,962.36 | $ 42,215.67 | $ 16,027.15 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,160.46 | 20,160.46 | 20,160.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,775.08 | 125,926.01 | 120,483.98 | 3,395.59 |
| **TOTAL DISBURSEMENTS** | $ 128,453.08 | $ 195,048.83 | $ 182,860.11 | $ 39,583.20 |

   4)  This case was originally filed under chapteron  03/04/2011 , and it was converted to chapter 7 on  11/05/2012 .  The case was pending for 58 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/09/2017                    By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim | 1242-000 | 54,583.20 |
| **TOTAL GROSS RECEIPTS** | | **$ 54,583.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| and Kathleen Duffy, Shaun Duffy | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197 | | 18,678.00 | NA | NA | 0.00 |
| 8 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 4,176.33 | 4,176.33 | 0.00 |
| 1527 | FRANKFORT SPINE | 4210-000 | NA | 1,527.15 | 1,527.15 | 1,527.15 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | PRESTIGE FINANCIAL SERVICES | 4210-000 | NA | 15,846.52 | 15,846.52 | 0.00 |
| 4 | TOYOTA MOTOR CREDIT CORPORATION (TM | 4210-000 | NA | 12,912.36 | 6,165.67 | 0.00 |
|  | BlueCross/BlueShield | 4220-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
|  | Hinsdale Orthopaedic Associates | 4220-000 | NA | 13,000.00 | 13,000.00 | 13,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 18,678.00 | $ 48,962.36 | $ 42,215.67 | $ 16,027.15 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| Peter N. Metrou | 2200-000 | NA | 141.99 | 141.99 | 141.99 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 2.66 | 2.66 | 2.66 |
| Associated Bank | 2600-000 | NA | 394.69 | 394.69 | 394.69 |
| Rathbun, Cservenyak & Kozol, LLC | 3210-000 | NA | 18,194.40 | 18,194.40 | 18,194.40 |
| Rathbun, Cservenyak & Kozol, LLC | 3220-000 | NA | 226.72 | 226.72 | 226.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 20,160.46 | $ 20,160.46 | $ 20,160.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 1,513.00 | NA | NA | 0.00 |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | 1,504.00 | NA | NA | 0.00 |
| | Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | 3,058.00 | NA | NA | 0.00 |
| | Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | 3,142.00 | NA | NA | 0.00 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,046.43 | 2,046.43 | 60.95 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 605.00 | 731.26 | 697.29 | 20.77 |
| 10 | ASSET ACCEPTANCE LLC / ASSIGNEE / T | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | BACK BOWL I LLC | 7100-000 | 157.00 | 235.30 | 235.30 | 7.01 |
| 6 | BACK BOWL I, L.L.C. | 7100-000 | 4,419.13 | 4,419.13 | 4,213.88 | 125.50 |
| 11 | CANDICA L.L.C. | 7100-000 | 3,706.00 | 5,728.88 | 5,462.80 | 162.70 |
| 12 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-000 | 523.00 | 854.60 | 814.91 | 24.27 |
| 5 | CHASE BANK USA, N.A. | 7100-000 | 812.00 | 946.02 | 902.08 | 26.87 |
| | Clerk of the U.S. Bankruptcy Court | 7100-000 | NA | 117.00 | 117.00 | 117.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | FIA CARD SERVICES AKA BANK OF AMERI | 7100-000 | 22,126.30 | 22,126.30 | 21,098.69 | 628.39 |
| 13 | LVNV FUNDING LLC | 7100-000 | 995.00 | 1,350.30 | 1,287.58 | 38.35 |
| 1 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | 1,838.00 | 2,219.00 | 2,115.93 | 63.02 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 743.65 | 743.65 | 709.11 | 21.12 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 731.26 | 731.26 | 0.00 |
| 7 | SALLIE MAE INC. ON BEHALF OF USA FU | 7100-000 | 64,632.00 | 73,930.73 | 70,496.92 | 2,099.64 |
| 2 | SECURITY CREDIT SERVICES, LLC | 7100-000 | NA | 4,119.70 | 3,928.35 | 0.00 |
| 19 | TOYOTA MOTOR CREDIT CORPORATION (TM | 7200-000 | NA | 5,626.45 | 5,626.45 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 109,775.08** | **$ 125,926.01** | **$ 120,483.98** | **$ 3,395.59** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-09026 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SHAUN T DUFFY | | | | Date Filed (f) or Converted (c): | 11/05/2012 (c) |
| | KATHLEEN L DUFFY | | | | 341(a) Meeting Date: | 12/18/2012 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 05/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with American Chartered Bank | 25.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with American Chartered Bank | 1.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 5. Retirement Plan - 100% exempt | 14,101.79 | 0.00 | | 0.00 | FA |
| 6. 2010 Anticipated IRS Tax Refund (2009 Tax Refund: | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2007 Scion tc: 50,000 miles Value Per NADA | 6,286.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury Claim              (u) | 4,000.00 | 0.00 | | 54,583.20 | FA |
| 9. 2009 Honda Pilot with 22,000 miles        (u) | 16,024.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $43,537.79       $0.00       $54,583.20       $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury attorney employed 2-15-2013; PI case pending, partial settlement finalized as to some of the defendants per court approval 1-30-2015; remainder of personal injury case continues to determine viability against remaining defendants.  9-21-2016 remainder of the case is not viable and was dismissed; 11-10-2016 working on getting claims resolved. Filed NFR and fee app with the court on 2/9/17 see Dkt# 77 and 78.

RE PROP #    6  --  Schedule B amended to include: In tax year 2011, the Debtors received a tax refund of $7,394.00. The Debtors spent it on daily needs. Docket no.36.

RE PROP #    8  --  Partial Settlement proceeds from PI case per court order docket #65 and 71.

RE PROP #    9  --  Auto aquired after the Chapter 13 filing and paid down with post filing funds/income.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 01/23/2017

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-09026 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: SHAUN T DUFFY | Bank Name: | Associated Bank |
| KATHLEEN L DUFFY | Account Number/CD#: | XXXXXX5306 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0464 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/15 | | STATE FARM MUTUAL AUTOMOBILE INS. C<br>Great LakesChicago West | Settlement - Uninsured coverage | | | $28,056.05 | | $28,056.05 |
| | | | Gross Receipts | $29,583.20 | | | | |
| | | FRANKFORT SPINE<br>Frankfort Spine | PI Lien Payment | ($1,527.15) | 4210-000 | | | |
| | 8 | | Personal Injury Claim | $29,583.20 | 1242-000 | | | |
| 04/10/15 | 8 | DIRECT NATIONAL INSURANCE COMPANY<br>Claims Account1281 Murfreesboro RdNashville, TN 37217 | Settlement | | 1242-000 | $25,000.00 | | $53,056.05 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $53.42 | $53,002.63 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $78.79 | $52,923.84 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $76.14 | $52,847.70 |
| 07/16/15 | 5001 | RATHBUN<br>3260 Executive DriveJoliet, IL 60431 | per 1/30/15 o/c Special counsel fees and costs | | | | $8,560.05 | $44,287.65 |
| | | Rathbun, Cservenyak & Kozol, LLC | per 1/30/15 o/c | ($8,333.33) | 3210-000 | | | |
| | | Rathbun, Cservenyak & Kozol, LLC | per 1/30/15 o/c | ($226.72) | 3220-000 | | | |
| 07/16/15 | 5002 | DUFFY, SHAUN T AND KATHLEEN L.<br>640 BUTTERNUT TRAILFRANKFORT, IL 60423 | PI Exemption | | 8100-002 | | $15,000.00 | $29,287.65 |
| 07/16/15 | 5003 | RATHBUN<br>3260 Executive DriveJoliet, IL 60431 | Per 7-10-15 o/c Special Counsel fees | | 3210-000 | | $9,861.07 | $19,426.58 |
| 07/16/15 | 5004 | HINSDALE ORTHOPAEDIC ASSOCIATES<br>P.O. Box 914LaGrange, IL 60525 | Per 7-10-15 o/c  - Acct 310072 Lienholder - | | 4220-000 | | $13,000.00 | $6,426.58 |
| 07/16/15 | 5005 | BLUECROSS/BLUESHIELD OF ILLINOIS<br>Health Care Service Corporation25552 Network PlaceChicago, IL 60673-1255 | per 7-10-15 o/c  ID # 844108178 Lienholder | | 4220-000 | | $1,500.00 | $4,926.58 |

Page Subtotals: $53,056.05   $48,129.47

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-09026 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SHAUN T DUFFY | Bank Name: | Associated Bank |
| | KATHLEEN L DUFFY | Account Number/CD#: | XXXXXX5306 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0464 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $56.34 | $4,870.24 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,860.24 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,850.24 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,840.24 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,830.24 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,820.24 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,810.24 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,800.24 |
| 03/17/16 | 5006 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $2.66 | $4,797.58 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,787.58 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,777.58 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,767.58 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,757.58 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,747.58 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,737.58 |
| | | | Page Subtotals: | | $0.00 | $189.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-09026 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: SHAUN T DUFFY | Bank Name: Associated Bank |
| KATHLEEN L DUFFY | Account Number/CD#: XXXXXX5306 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0464 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | 5007 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $1,341.99 | $3,395.59 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,200.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($141.99) | 2200-000 | | |
| 03/20/17 | 5008 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | Final distribution to claim 1 representing a payment of 2.98 % per court order. | 7100-000 | | $63.02 | $3,332.57 |
| 03/20/17 | 5009 | SECURITY CREDIT SERVICES, LLC<br>PO Box 1156<br>Oxford, MS  38655 | Final distribution to claim 2 representing a payment of 2.98 % per court order. | 7100-000 | | $117.00 | $3,215.57 |
| 03/20/17 | 5010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WFNNB<br>as assignee of<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Final distribution to claim 3 representing a payment of 2.98 % per court order. | 7100-000 | | $20.77 | $3,194.80 |
| 03/20/17 | 5011 | CHASE BANK USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | Final distribution to claim 5 representing a payment of 2.98 % per court order. | 7100-000 | | $26.87 | $3,167.93 |
| 03/20/17 | 5012 | BACK BOWL I, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA  98121 | Final distribution to claim 6 representing a payment of 2.98 % per court order. | 7100-000 | | $125.50 | $3,042.43 |
| 03/20/17 | 5013 | SALLIE MAE INC. ON BEHALF OF USA FU<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA  18773-9430 | Final distribution to claim 7 representing a payment of 2.98 % per court order. | 7100-000 | | $2,099.64 | $942.79 |
| 03/20/17 | 5014 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Final distribution to claim 9 representing a payment of 2.98 % per court order. | 7100-000 | | $7.01 | $935.78 |

Page Subtotals:  $0.00   $3,801.80

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-09026 | | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | SHAUN T DUFFY | | | Bank Name: | Associated Bank |
| | KATHLEEN L DUFFY | | | Account Number/CD#: | XXXXXX5306 |
| | | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0464 | | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 08/09/2017 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | 5015 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 11 representing a payment of 2.98 % per court order. | 7100-000 | | $162.70 | $773.08 |
| 03/20/17 | 5016 | CAVALRY PORTFOLIO SERVICES, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Final distribution to claim 12 representing a payment of 2.98 % per court order. | 7100-000 | | $24.27 | $748.81 |
| 03/20/17 | 5017 | LVNV FUNDING LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution to claim 13 representing a payment of 2.98 % per court order. | 7100-000 | | $38.35 | $710.46 |
| 03/20/17 | 5018 | FIA CARD SERVICES AKA BANK OF AMERI<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 14 representing a payment of 2.98 % per court order. | 7100-000 | | $628.39 | $82.07 |
| 03/20/17 | 5019 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Final distribution to claim 15 representing a payment of 2.98 % per court order. | 7100-000 | | $21.12 | $60.95 |
| 03/20/17 | 5020 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final distribution to claim 18 representing a payment of 2.98 % per court order. | 7100-000 | | $60.95 | $0.00 |
| 07/03/17 | 5009 | SECURITY CREDIT SERVICES, LLC<br>PO Box 1156<br>Oxford, MS 38655 | Final distribution to claim 2 representing a payment of 2.98 % per court order. Reversal | 7100-000 | | ($117.00) | $117.00 |
| 07/05/17 | 5021 | Clerk of the U.S. Bankruptcy Court<br>Attn: Unclaimed Funds<br>219 S. Dearborn<br>Chicago, IL 60604 | Unclaimed Funds<br>Ck # 5009 stopped payment | 7100-000 | | $117.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $53,056.05 | $53,056.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $53,056.05 | $53,056.05 |
| Page Subtotals: | $0.00 | $935.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $53,056.05 | $38,056.05 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5306 - Checking Account (Non-Interest Earn | $53,056.05 | $38,056.05 | $0.00 |
| | $53,056.05 | $38,056.05 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,527.15 |
| Total Net Deposits: | $53,056.05 |
| Total Gross Receipts: | $54,583.20 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*